No. 51. COLLIER ET AL. *v.* KING, SHERIFF. October 14,
1935. Petition for writ of certiorari to the Supreme
Court of Florida denied. *Mr. W. D. Bell* for petitioners.

578

*Mr. Cary D. Landis* for respondent.

No. 52. SKIPPER *v.* SCHUMACHER, SHERIFF. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. W. D. Bell* for petitioner. *Mr. Cary D. Landis* for respondent.